# In the United States District Court for the Southern District of Georgia
## Brunswick Division

CENTURY SURETY COMPANY,

    Plaintiff,

v.

DAVID W. HOLLAND, et al.,

    Defendants.

CV 222-103

## ORDER

Before the Court is the parties' stipulation of dismissal, dkt. no. 70, wherein they notify the Court that they wish to dismiss this action. The parties having complied with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims in this action are hereby **DISMISSED** without prejudice. See Fed. R. Civ. P. 41(a)(1)(B). Each party shall bear its own fees and costs. The Clerk is **DIRECTED** to close this case.

**SO ORDERED**, this 15 day of July, 2024.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA